IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFLAWED GOODSOUL, DOCTRINAIRE,

    Plaintiff,

    v.

Case No. 20-cv-363-jdp

ALL PSYCHOLOGICAL WORKERS,
ALL PSYCHIATRIC WORKERS, AND
UNITED STATES,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 4/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |